UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GERALD NORMAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 3:17-cv-00387-JHM-DW |
| ) | |
| GLA COLLECTION CO., INC. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF SETTLEMENT

Defendant, GLA Collection Co., Inc., by and through its undersigned attorneys, William E. Smith, III of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiff on this matter. Dismissal papers will be filed upon finalizing settlement.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

BY:   /s/ William E. Smith, III
William E. Smith, III
Counsel for Defendant, GLA Collection Co., Inc.

### CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2018, a copy of the foregoing **"Notice of Settlement"** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

> James H. Lawson
> Lawson at Law, PLLC
> 115 S. Sherrin Avenue
> Unit #4
> Louisville, KY  40207
> james@kyclc.com

                                /s/ William E. Smith, III
                                William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:   (812) 949-2300
FAX:   (812) 949-8556
E-MAIL:   wsmith@k-glaw.com

170979\4333955-1